MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. MJ20-5097 |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE OF COUNSEL |
| RICHARD MARSCHALL, | ) | |
| Defendant. | ) | |

NOTICE IS HEREBY GIVEN that Mohammad Hamoudi appears as counsel for Richard Marschall. It is requested that notice of all filings be served upon the undersigned.

DATED this 1st day of May, 2020.

Respectfully submitted,

s/ *Mohammad Hamoudi*
Assistant Federal Public Defender
Attorney for Richard Marschall

NOTICE OF APPEARANCE
(*United States v. Marschall*; MJ20-5097) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**