The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RICHARD MARSCHALL,<br><br>　　　　　　　　　Defendant. | CASE NO. CR 20-5270RJB<br><br>**REPLY IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE**<br><br>Noted: September 25, 2020 |

　　　Trial in this matter is scheduled for Monday, October 5, 2020. The parties agree that the trial in this matter can and should be continued from the current date due to the filing of pretrial motions. *See* Response to Government's Motion to Continue Trial, Dkt. #50 at 1-3; *see also* 18 U.S.C. § 3161(h)(1)(D) (excluding from speedy trial calculations time "from the filing of the motion through the … prompt disposition of [] such motion"). The trial date can be continued on these grounds alone.

　　　Based on the date of the filing of these motions, the current briefing schedule, and the time needed for the Court to rule on these motions, the government respectfully suggests that the trial can be continued about 40 days - to a date in mid-November 2020.

//

Reply in Support of Motion to Continue Trial Date
*United States v. Marschall,* CR 20-5270RJB - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   Dated this 21st day of September, 2020.

2                                Respectfully submitted,

3                                BRIAN T. MORAN
    United States Attorney

*s/ Brian D. Werner*
BRIAN D. WERNER
Assistant United States Attorney
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington  98101
(206) 553-7970

Reply in Support of Motion to Continue Trial Date
*United States v. Marschall,* CR 20-5270RJB - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970