JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-5270-RJB |
| Plaintiff, | |
| v. | MOTION TO SEAL DOCUMENT [DKT. 65] |
| RICHARD MARSCHALL, | Noted: October 16, 2020 |
| Defendant. | |

The defendant, Richard Marschall, through counsel, moves this Court to order that Defendant's previously filed Reply in Support of Motion to Dismiss [dkt. 65] be sealed and secured from public access until further order of the Court. This motion is based on the sensitive and confidential nature of information contained in the document that should be sealed. The right of access is outweighed by the interests of both the public and the parties in protecting the substance of this document from public view. There is compelling reason to order that Defendant's Reply in Support of Motion to Dismiss [dkt. 65] be sealed.

DATED this 15th day of October, 2020.

Respectfully submitted,

s/ *Mohammad Hamoudi*
Assistant Federal Public Defender
Attorney for Richard Marschall

MOTION TO SEAL DOCUMENT
(*United States v. Marschall*; CR20-5270-RJB) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710