FILED

MAR 17 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. RICHARD MARSCHALL, Defendant-Appellant. | No. 21-30013  D.C. No. 3:20-cr-05270-RJB-1 Western District of Washington, Tacoma  ORDER |

Before: GRABER, R. NELSON, and HUNSAKER, Circuit Judges.

Appellee's motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 4), is granted because the district court's December 22, 2020, order denying appellant's motion to dismiss the indictment is not a final judgment or an immediately appealable collateral order. *See* 28 U.S.C. § 1291; *Midland Asphalt Corp. v. United States*, 489 U.S. 794, 798-99 (1989) (describing collateral order doctrine).

In his opposition to appellee's motion, appellant asks this court to treat his appeal, in the alternative, as a petition for a writ of mandamus. Assuming without deciding that this request is procedurally proper, the petition is denied because appellant has not shown that he "has no other adequate means, such as a

direct appeal, to attain the relief he . . . desires." *Bauman v. U.S. Dist. Court*, 557 F.2d 650, 654 (9th Cir. 1977).

**DISMISSED.**