1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

12

13

14

15

16

| | |
|---|---|
| UNITED STATES OF AMERICA,,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD MARSCHALL,<br><br>　　　　　　　　Defendant. | CASE NO. CR20-5270RJB<br><br>ORDER GRANTING IN PART<br>AND DENYING IN PART MOTION<br>*IN LIMINE* TO EXCLUDE AND/OR<br>LIMIT THE TESTIMONY OF DR.<br>SIMONE |

17

18

19

        THIS MATTER comes before the Court on the above-referenced motion (Dkt. 102).  The

Court is familiar with the records and files herein and is fully advised.  An evidentiary hearing is

not required to fairly resolve this motion.

20

21

22

23

24

        First, as Defendant alleges at page 7 of the motion, "Dr. Simone is concluding that the

garlic and larch starch are 'drugs' and 'prescription drugs' not based on any scientific testing or

method but solely based on taking words uttered and written by Mr. Marschall and interpreting

those terms."  That statement appears correct, and the proposed testimony in that regard is not

admissible because "Dr. Simone is merely telling the jury what result to reach under 21 U.S.C. § 321(g)(1) and 21 U.S.C. § 355." Dkt. 102 at 9.  The jury does not need the help of an expert to determine whether the subject pills were misbranded, or whether they are considered drugs under the statute due to Defendant's sales puffery.

On the other hand, the evidence from Dr. Simone as set forth in the Plaintiff's response to Defendant's motion (Dkt. 112) at page 3, beginning at line 13, appears to be an expert opinion as to the justification for the statutes at issue in this case, and it is appropriate to offer an expert's opinion giving the reasons for a statute that, on its face, appears to be counterintuitive.  To the extent that Defendant's motion is designed to prevent Dr. Simone's testimony as reflected on page 3 of Plaintiff's response, the motion should be denied.

To the foregoing extent, Defendant's Motion *in Limine* to Exclude and/or Limit the Testimony of Dr. Simone (Dkt. 102) is GRANTED IN PART AND DENIED IN PART.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 24th day of May, 2021.

ROBERT J. BRYAN
United States District Judge