UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

RICHARD MARSCHALL,

                Defendant.

CASE NO. 3:20-cr-05270-RJB

TRIAL EXHIBIT LIST

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
| --- | --- | --- | --- |
| 30 | Stipulation as to Prior Convictions | 8/3/2021 | |
| 1 | Facebook Posts by Richard Marschall | 8/3/2021 | |
| 7 | Richard Marschall ND Facebook Account Records | 8/3/2021 | |
| 2 | Richard Marschall's Website | 8/3/2021 | |
| 5 | Parcel and Labeling Sent by Richard Marschall | 8/3/2021 | Physical item |
| 6 | Bottles of Allimax Pro 100 and IAG (Arabinogalactans) Sent by Richard Marschall | 8/3/2021 | Physical item |
| 4 | Photographs of Package and Contents Sent by Richard Marshall to SA Julie Ryer | 8/3/2021 | |
| 25 | Photographs of Sign Outside Marschall Residence | 8/3/2021 | |

EXHIBIT LIST - 1

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| 13 | Text Message from SA Julie Ryer to Richard Marschall dated March 30, 2020 | 8/3/2021 | |
| 14 | Audio Recording of Call Between Richard Marschall and Julie Ryer on March 30, 2020 | 8/3/2021 | Media file |
| 15 | Transcript of Audio Recording of Call Between Richard Marschall and Julie Ryer on March 30, 2020 | 8/3/2021 | Illustrative only |
| 16 | Audio Recording of Call Between Richard Marschall and Julie Ryer on March 31, 2020 | 8/3/2021 | Media file |
| 17 | Transcript of Audio Recording of Call Between Richard Marschall and Julie Ryer on March 31, 2020 | 8/3/2021 | Illustrative only |
| 28 | Email from Rick Marschall | 8/3/2021 | |
| 20 | Agreed Order and Judgment Entered by The Superior Court of the State of Washington in and for the County of Thurston | 8/4/2021 | |
| 19 | Stipulated Findings of Fact, Conclusions of Law and Agreed Order by the State of Washington Department of Health Board of Naturopathy October 19, 2018 | 8/4/2021 | |
| A-72 | RCW 18.138.010 | 8/4/2021 | |
| A-30 | Rick Marschall, N.D. degree from Bastyr University | 8/4/2021 | |
| A-73 | DOH, Stipulated Findings of Fact, Conclusions of Law, and Agreed Order to Cease and Desist, M2015-742 | 8/4/2021 | |
| 35 | Article - CoVid-19 and Herbs Dr. Yarnell – BOT MED ROCKS | 8/4/2021 | |
| 36 | Cochrane Library – Garlic for the common cold (Review) | 8/4/2021 | |

EXHIBIT LIST - 2