The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD MARSCHALL,<br><br>Defendant. | NO. CR20-5270RJB<br><br>JOINT CERTIFICATION OF COUNSEL RE: ADMITTED TRIAL EXHIBITS |

The United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Marie Dalton and Nicholas Manheim, Assistant United States Attorneys, and Mohammad Hamoudi and Gregory Geist, Counsel for Richard Marschall, hereby files the admitted trial exhibits.

Pursuant to General Order No. 01-18 "Exhibits Retention Procedures," within seven days of a verdict, the admitted trial exhibits shall be filed through the Court's electronic filing system (CM/ECF) along with a Joint Certification of Counsel.

Joint Certification of Counsel - 1
*U.S. v. Marschall,* CR20-5270RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

At the close of the trial counsel for all parties conferred with the in-court deputy and confirmed the list of admitted exhibits and reviewed the exhibits to be provided to the trier of fact in the matter. The exhibits filed here are those same exhibits.

Therefore, the undersigned submits that the admitted trial exhibits[1] as listed on Court's Exhibit List (Dkt. No. 187) and hereby filed via CM/ECF event "Admitted Exhibits" are true and correct copies of the documents reviewed by the trier of fact in this matter.

Dated this 18th day of August, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney


*/s/ Marie Dalton*
MARIE DALTON
NICHOLAS MANHEIM
Assistant United States Attorneys


*/s/ Mohammad Hamoudi (approved via e-mail/phone)*
MOHAMMAD HAMOUDI
GREGORY GEIST
Counsel for Richard Marshall

---

[1] Audio and video bulk exhibits will not be filed via CM/ECF, but an electronic copy will be maintained by the United States. Other bulk exhibits, specifically Exhibits 5 and 6, will be maintained by the law enforcement agency responsible for them.

Joint Certification of Counsel - 2
*U.S. v. Marschall,* CR20-5270RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970