

United States v. Marschall
CR20-5270-RJB
Plaintiff's Exhibit No. 4
Admitted_____



**UNITED STATES POSTAL SERVICE®** **Click-N-Ship®**

usps.com
$7.75
US POSTAGE
Flat Rate Env

9405 5036 9930 0304 3065 24 0077 5000 0059 4607

03/31/2020       Mailed from 98362       062S0000000315

## PRIORITY MAIL 2-DAY™

RICK MARSCHALL
162 S BARR RD
PORT ANGELES WA 98362-9202

Expected Delivery Date: 04/03/20

0004

**Carrier -- Leave if No Response**       C010

SHiP
TO:
JULIE RICHARDSON
248 3RD ST UNIT 530
OAKLAND CA 94607-4375

**USPS TRACKING #**

9405 5036 9930 0304 3065 24

Electronic Rate Approved #038555749





# The Dynamic Duo Instructions

## Allimed and IAG

### *For ~~treatment~~ Only, Keep these on the shelf*

**Allim~~__~~** ~~__~~ at the VERY FIRST SIGN OF flu or
cold ~~__~~ sneeze, a sore throat, a runny nose
tha~~__~~ SAME time also take:

**I~~__~~** ~~__~~, juice, or EmergenC

~~__~~ symptoms after one dose. Some people
~~__~~ if so take 10 more caps and another
~~__~~ ptoms are stubborn you can do this up to 3
times a d~~__~~ effects there doesn't seem to be any, but it
won't help you ~~__~~ o it more often. You have 10 doses of each in
your kit and if you use u~~__~~ 3 times a day they will last 3 1/3 days which
means you're quite stressed so be sure to follow the tips below:

- Take an afternoon nap for 20 minutes.
- Sleep 8-9 hours each night.
- Drink plenty of water.
- Eat no animal food, including dairy and eggs.
- Eat light: oatmeal, rice, salad, and non-dairy soups during your recovery .time and only eat if you're hungry. Feed a cold, starve a fever works.
- Drink no coffee or alcohol. Drink tea, water, and diluted juice instead.
- Call or text me if you have any questions about your experience

**Rick Marschall N.D. 360-460-9817 PST  nhcdirector@gmail.com**

**www.rickmarschall.com**

[Handwritten note: "by same manufacturer and Allimax are the exact same product. note: Allimed Pro and Allimax Pro are the exact same products"]

000005



note: Allimed
and Allimax Pro
are the exact
same product,
Manufactured
by the same
corporation

000006





**Supplement Facts**

Serving Size: 1 Capsule   Servings Per Container: 100

| Amount Per Serving | | % Daily Value |
|---|---|---|
| AlliSURE® Allicin Extract (from Garlic Bulb) Powder | 450 mg | ** |

** Daily Value not established

**Other Ingredients:** Water, Non-GMO maltodextrin, gum acacia, Hydroxy propyl methyl celluslose (vegetarian capsule)

**Manufactured for:**
Allimax Nutraceuticals US
500 W. Superior St., Suite 2205
Chicago, Illinois 60654
www.allimax.us | 312-421-6132

X002B4IWIV

Allimax Pro 450mg Professi...n Capsules
New



## Supplement Facts

Serving Size: 1 Capsule    Servings Per Container: 100

| Amount Per Serving | | % Daily Value |
|---|---|---|
| AllSURE® Allicin Extract (from Garlic Bulb) Powder | 450 mg | ** |

** Daily Value not established

**Other Ingredients:** Water, Non-GMO maltodextrin, gum acacia, Hydroxy propyl methyl celluslose (vegetarian capsule)

**Manufactured for:**
Allimax Nutraceuticals US
836 W. Superior St., Suite 2205
Chicago, Illinois 60654
www.allimax.us | 312-421-6132

X002B4IWIV

Allimax Pro 450mg Professi...n Capsules) Brand N...
New

000009



Allimax® Pro is a supplement providing the body with 100% yield of allicin. A patented extraction process produces allicin and locks all its goodness into convenient, one-a-day capsules designed for rapid absorption into your body.*  Each Allimax® Pro capsule contains 450mg of AlliSURE® allicin powder.

**Recommended Adult Serving:** Take one capsule daily with liquid/food.
**Children:** Not recommended under the age of 3.

**Caution:** Consult a health care practitioner if you are pregnant, breastfeeding or on high blood pressure medications.

**Keep out of reach of children. Sealed for your protection. Do not use if the seal is broken. Store in a cool dry place to preserve freshness.**

Allimax Pro is free of artificial coloring, artificial flavors, salt, gluten and preservatives.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

000010









# Supplement Facts

Serving Size: 2 g (approx. 1 Teaspoon)
Servings Per Container: 50

|  | Amount Per Serving | % Daily Value |
|---|---|---|
| Calories | 10 | |
| Total Carbohydrates | 2 g | <1%* |
| Sodium | 4 mg | <1%* |
| Potassium | 8 mg | <1% |
| Arabinogalactans | 2 g | † |

† Daily Value not established
*Percent Daily Values based on a 2,000 calorie diet

Ingredients: Larch laricina isolate.

This product is gluten, dairy and GMO free.

IAG™ supplies Arabinogalactans - long, densely branched, high-molecular weight polysaccharides, derived from Larch trees.

000014



| Amount Per Serving | % Daily Value |
|---|---|
| 10 | |
| 2 g | <1%* |
| 4 mg | <1%* |
| 8 mg | <1% |
| 2 g | † |

...calorie diet

...GMO free.
...ensely branched,
...from Larch trees.

△ Please Recycle

© Copyright 2013
BIOTICS RESEARCH CORP.
6801 Biotics Research Drive
Rosenberg, Texas 77471
www.bioticsresearch.com

7 80053 00167 3

RECOMMEN...
of IAG™ m...
fluid ounces...
choice, as di...
otherwise di...
professional...

IAG™ plain...

KEEP OUT O...
Store in a c...
an impervio...
protection.
Product # ...

NON GMO

000015

4-015



**RECOMMENDATION:** One (1) teaspoon of IAG™ mixed with six (6) to eight (8) fluid ounces of water or beverage of choice, as a dietary supplement or as otherwise directed by a healthcare professional.

IAG™ mixes readily with water or juice.

**KEEP OUT OF REACH OF CHILDREN**
Store in a cool, dry area. Sealed with an imprinted safety seal for your protection.
Product # 6630  Rev. 04/18

NON GMO PROCESS VERIFIED

GLUTEN FREE GUARANTEE

BIOTICS



000017

4–017

# The Dynamic Duo Instructions

# Allimed and IAG

## *For Treatment Only, Keep these on the shelf*

**Allimed:** Take 10 capsules at the VERY FIRST SIGN OF flu or cold like symptoms…a cough, a sneeze, a sore throat, a runny nose that is NOT allergy related.  At the SAME time also take:

**IAG:** Take 1 Tablespoon in water, juice, or EmergenC

Most people will experience no other symptoms after one dose. Some people will see a recurrence of symptoms; if so take 10 more caps and another tablespoon of powder.  If the symptoms are stubborn you can do this up to 3 times a day, not because of side effects there doesn't seem to be any, but it won't help you heal faster to do it more often.  You have 10 doses of each in your kit and if you use them 3 times a day they will last 3 1/3 days which means you're quite stressed so be sure to follow the tips below:

- Take an afternoon nap for 20 minutes.
- Sleep 8-9 hours each night.
- Drink plenty of water.
- Eat no animal food, including dairy and eggs.
- Eat light: oatmeal, rice, salad, and non-dairy soups during your recovery .time and only eat if you're hungry.  Feed a cold, starve a fever works.
- Drink no coffee or alcohol.  Drink tea, water, and diluted juice instead.
- Call or text me if you have any questions about your experience

Rick Marschall N.D. 360-460-9817 PST  nhcdirector@gmail.com

www.rickmarschall.com

000018

# Preparing for Viral Infections with Plant Medicines Since Antibiotics Can't Help

## Introducing the "Dynamic Duo" by Rick Marschall N.D.

As Winter weather brings colder temperatures and wetter, windier days, the immune system becomes challenged with viruses and bacteria as people spend more time inside exposed to indoor air pollution and drier air. The old saying "an ounce of prevention is worth a pound of cure" comes in the form of pure allicin from the garlic bulb and arabinogalactan powder from the larch tree.

The smart move when you get that intuition that you're "coming down with something" is to try to head it off but you've tried large doses of vitamin C, EmergenC, Airborne, oregano pills, garlic pills and drinking lots of water. Does that work sometimes? Sure. Has it every failed you? Probably. Why is that? While all those methods do reduce viral particles by mildly improving immune function. You didn't take a plant based anti-viral to SIGNIFICANTLY reduce the viral load…did you? No unfortunately there is NOTHING readily available in the health food store or online that can reduce the viral load such that most Americans have a tool on hand that can readily STOP a cold, flu, cough or sore throat in less than 24 hours. In my experience helping people use plant medicine for 33 years now NOTHING works faster and better than pure allicin from organic garlic and larch powder.

Even if a cold or flu is quite severe and has really gotten a hold of you the power of allicin and larch powder is pretty amazing. Recently my dear wife had been working on a bad cough for 3 days by staying at home, taking lots of EmergenC, water and bit of garlic. I walked in the TV room where she was convalescing and handed her 10 450mg pure organic garlic capsules and a tablespoon of larch starch powder mixed into a packet of EmergenC, a product containing a gram of vitamin C and some minerals like zinc that she HAD ALREADY BEEN TAKING LOTS OF. From that moment on at about 3pm, she never coughed again, slept without coughing through the night and woke up much better and was over the fatigue that comes with illness in 24 hours.

Allicin is produced in small amounts by the garlic plant. Taking garlic capsules releases less than 5mg of allicin. Taking Allimed, my brand releases 450mg of allicin and is powerful enough to reduce or eliminate most viruses, bacteria, parasites, MRSA, and yeast even if there is antibiotic resistance. Allicin does not kill good bacteria so it can be taken right along with your probiotic. The Europeans developed a patented process to take pounds of organic garlic and extract JUST the plant medicine that destroys infectious agents. Since the development of this process, infections, even the antibiotic resistant kind have often been completely destroyed by this plant medicine…no brag…just fact.

Allicin is great for the common cold. There was a 12- week study with 70 active treatment patients and 70 active placebo patients. The dosage used on the active treatment patients was only one capsule of allicin. The placebo group had a total of 65 colds and the allicin group had only 24. The average duration of symptoms was much less in the allicin group, at around a day and a half. The placebo group had the cold for five days and the allicin treated group had a much better recovery. Imagine if a person took 10 capsules at the very first sign of a cold, flu or other viral infection and a tablespoon of larch powder. Imagine furthermore if a person took just one capsule of allicin and 1 tsp of larch powder beginning in November and ending in March. It works for me and my people.

OK, so how does Larch powder work you say? Well, laboratories I'm familiar with have done studies to show that first of all the larch tree is the most economical source of a starch high in the sugar FUCOSE. OK, why does a starch have sugar in it anyway and what is FUCOSE? Well, a starch IS sugars attached like the leaves and branches of a tree. A starch releases sugars gradually into the human digestive tract. If the starch as in larch is high in an essential sugar called FUCOSE, well, these vitamin-like sugars attach to protein messenger molecules that talk to your bone marrow. When your bone marrow receives FUCOSE molecules in abundance over what's normally in the fruits and vegetables delivered, they produce EXTRA stem cells. What do stem cells do? They replace or increase worn out cells as they die in the human body. That's why doctors nowadays inject them into joint spaces so they can increase cartilage and repair a human joint.



Well, if the body has extra stem cells around during an infection, the stem cells pursuant to the body's wisdom will be conscripted to increase the NUMBER of reticulocytes, the precursors to white blood cells which then INCREASES the rate of destruction of viruses. This larch powder, full of FUCOSE so anyone that takes it can give the body its REAL healing power, the ability to make more white bloods cells to fight viruses as well as to activate the immune system in other ways…

*"Experimental studies have indicated larch arabinogalactan can stimulate natural killer (NK) cell cytotoxicity, enhance other functional aspects of the immune system, and inhibit viral infections so common during the flu season. The immune-enhancing properties also suggest an array of clinical uses, both in preventive medicine, due to its ability to build a more responsive immune system, and in clinical medicine, as a therapeutic agent in conditions associated with lowered immune function, decreased NK activity, or chronic viral infection. (Altern Med Rev 1999;4(2):96-103)"*

IAG powder doesn't have a particularly bad taste but it can be mixed in an EmergenC which provides a powerful synergistic effect during a cold, cough, flu, sore throat. EmergenC is an inexpensive powder sold in packets at many health food stores, department stores and pharmacies. Each packet contains 1,000mg of Vitamin C a powerful antioxidant, zinc a cofactor in enzyme systems important to immune function, and a host of vitamins and electrolytes. I ALWAYS have a bottle of Allimed, pure allicin at the highest level available in the world, 450 mg per capsules and 100 grams of IAG, larch starch in my cupboard. You should to.

If you believe "An ounce of prevention is worth a pound of cure!" you will stock your shelf with these two items. When the next cold, flu, cough or sore throat shows up you will feel confident you can stop it and happier that you prepared.

**Rick Marschall N.D.  Health Coach  360-460-9817   nhcdirector@gmail.com   www.rickmarschall.com**

000020



## "BE PREPARED" Virus Dynamic Duo
### By Rick Marschall, Health Coach

Two products all wise proactive families have in their Health Cabinets are: Allimed and I.A.G. These products are entirely Plant Based, boost your immune system so it can fight for you, but even more importantly while your immune system is being strengthened, can crush 30 different viral infections, including those in the Corona family, (like in China Corona-19), 40 different bacterial infections, 25 different fungal infections and 20 different parasitic infections like amoebas.

Allimed- Made through a patented process form pounds and pounds of raw, organic Spanish garlic. The active principle is extracted...Allicin. There is no other product in the world that contains 450 mg of Allicin. It is a half of a gram of Allicin in one capsule. This can reduce or eliminate almost any microorganism without hurting your good bacteria. This is very important.

IAG- IAG (larch starch high in fucoose) goes to the bone marrow and stimulates it to increase stem cells and then white blood cells, upon contacting a virus.

These 2 virus killers do the real clean up of the infection once they get going which happens pretty quickly.

**Treatment-**
Upon notice of even one symptom like a sneeze or a cough or a sore throat take 10 capsules immediately and 1 Tablespoon of IAG. You can put the IAG in water, juice or EmergenC packet, stir and swallow.

For general prevention if you are traveling or suspect you will be exposed to a virus-take 2 Allicin and 1teaspoon of IAG 1-2x a day.
**SPECIAL SALE: ALLIMED 100 caps, IAG $140**
Questions: Call Rick Marschall H.C. 360-460-9817
162 S. Barr Rd. Port Angeles, Wa. 98362
www.rickmarschall.com
**"First Do No Harm" by Rick Marschall**
**Available on Amazon now.**

## "BE PREPARED" Virus Dynamic Duo
### By Rick Marschall, Health Coach

Two products all wise proactive families have in their Health Cabin are: Allimed and I.A.G. These products are entirely Plant Based, boost your immune system so it can fight for you, but even more im portantly while your immune system is being strengthened, can crus 30 different viral infections, including those in the Corona family, (like in China Corona-19), 40 different bacterial infections, 25 diffe ent fungal infections and 20 different parasitic infections like amoebas.

Allimed- Made through a patented process form pounds and pounds of raw, organic Spanish garlic. The active principle is extracted...Allicin. There is no other product in the world that contains 450 mg of Allicin. It is a half of a gram of Allicin in one capsule. This can reduce or eliminate almost any microorganism withou hurting your good bacteria. This is very important.

IAG- IAG (larch starch high in fucoose) goes to the bone marrow and stimulates it to increase stem cells and then white blood cells, upon contacting a virus.

These 2 virus killers do the real clean up of the infection once they get going which happens pretty quickly.

**Treatment-**
Upon notice of even one symptom like a sneeze or a cough or a sore throat take 10 capsules immediately and 1 Tablespoon of IAG. You can put the IAG in water, juice or EmergenC packet, stir and swallow.

For general prevention if you are traveling or suspect you will be exposed to a virus-take 2 Allicin and 1teaspoon of IAG 1-2x a day.
**SPECIAL SALE: ALLIMED 100 caps, IAG $140**
Questions: Call Rick Marschall H.C. 360-460-9817
162 S. Barr Rd. Port Angeles, Wa. 98362
www.rickmarschall.com
**"First Do No Harm" by Rick Marschall**
**Available on Amazon now.**

# "BE PREPARED" Virus Dynamic Duo
## By Rick Marschall, Health Coach

Two products all wise proactive families have in their Health Cabinets are: Allimed and I.A.G.  These products are entirely Plant Based, boost your immune system so it can fight for you, but even more importantly while your immune system is being strengthened, can crush 30 different viral infections, including those in the Corona family, (like in China Corona-19), 40 different bacterial infections, 25 different fungal infections and 20 different parasitic infections like amoebas.

Allimed- Made through a patented process form pounds and pounds of raw, organic Spanish garlic.  The active principle is extracted...Allicin.  There is no other product in the world that contains 450 mg of Allicin.  It is a half of a gram of Allicin in one capsule.  This can reduce or eliminate almost any microorganism without hurting your good bacteria.  This is very important.

IAG- IAG (larch starch high in fucoose) goes to the bone marrow and stimulates it to increase stem cells and then white blood cells, upon contacting a virus.

These 2 virus killers do the real clean up of the infection once they get going which happens pretty quickly.

### Treatment-
Upon notice of even one symptom like a sneeze or a cough or a sore throat take 10 capsules immediately and 1 Tablespoon of IAG.  You can put the IAG in water, juice or EmergenC packet, stir and swallow.

For general prevention if you are traveling or suspect you will be exposed to a virus-take 2 Allicin and 1teaspoon of IAG 1-2x a day.

**SPECIAL SALE:  ALLIMED 100 caps, IAG $140**

Questions:  Call Rick Marschall H.C. 360-460-9817
162 S. Barr Rd.  Port Angeles, Wa.  98362
www.rickmarschall.com

## "First Do No Harm" by Rick Marschall
## Available on Amazon now.

**NATURAL HEALING CLINIC**

162 S BARR ROAD
PORT ANGELES, WA 98362
3604571515

Cashier: Rick Marschall

Transaction 001497

| | |
|---|---|
| **Total** | **$149.50** |
| CREDIT CARD SALE | $149.50 |
| VISA 7936 | |

31-Mar-2020 3:12:36P
$149.50 | Method: KEYED
VISA XXXXXXXXXXXX7936
MANUALLY ENTERED
Ref #: 009100505921
Auth #: 711321
MID: ********6990
AthNtwkNm: VISA
SIGNATURE VERIFIED

Online: https://clover.com/
p/7CZR99PVVTSNM

Clover Privacy Policy
https://clover.com/privacy

# Healing Clinic

r Road
WA 98362
7-1515 Fax: (360)452-7460
chall.com

## Sales Receipt

| Date | Sale No. |
|---|---|
| 3/31/2020 | 14308 |

**Ship To**

Julie Richardson
248 3RD UNIT 530
Oakland, CA 94607

| Ship Date | Ship Via | Paid By | Check No. |
|---|---|---|---|
| 3/31/2020 | Priority Mail | | |

| Description | Rate | Amount |
|---|---|---|
| 50mg #100 | 105.00 | 105.00 |
| Allimed 450mg #100 | 35.00 | 35.00 |
| up to 2 lbs, Small FRB, FRE | 9.50 | 9.50 |

| | Total | $149.50 |
|---|---|---|

*Your Source for Wellness on the Olympic Peninsula and Beyond*

# Natural Healing Clinic

162 South Barr Road
Port Angeles, WA 98362
Phone: (360)457-1515 Fax: (360)452-7460
www.drrickmarschall.com

# Sales Receipt

| Date | Sale No. |
|------|----------|
| 3/31/2020 | 14308 |

**Sold To**

Julie Richardson
248 3RD UNIT 530
Oakland, CA 94607

**Ship To**

Julie Richardson
248 3RD UNIT 530
Oakland, CA 94607

| Ship Date | Ship Via | Paid By | Check No. |
|-----------|----------|---------|-----------|
| 3/31/2020 | Priority Mail | | |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 1 | Allimax Pro 450mg #100 equivalent to Allimed 450mg #100 | 105.00 | 105.00 |
| 1 | IAG 100g | 35.00 | 35.00 |
| 1 | Shipping-WA up to 2 lbs, Small FRB, FRE | 9.50 | 9.50 |

| | **Total** | **$149.50** |
|--|-----------|-------------|

*Your Source for Wellness on the Olympic Peninsula and Beyond*