Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff. v. RICHARD MARSCHALL, Defendant. | NO. CR20-5270BHS ORDER TO SEAL DOCUMENT |

Having read the government's Motion to Seal and because of the sensitive information contained in Exhibit L to the government's Sentencing Memorandum,

It is hereby ORDERED that Exhibit L shall remain sealed.

DATED this 28th day of March, 2022.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

Presented by:
*s/ Nicholas Manheim*
NICHOLAS MANHEIM
Assistant United States Attorney

Order to Seal
*United States v. Marschall* / CR20-5270 - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800