| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | JUL 20 2022 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

            Plaintiff-Appellee,

 v.

RICHARD MARSCHALL,

            Defendant-Appellant.

No. 22-30048

D.C. No. 3:20-cr-05270-BHS-1
Western District of Washington,
Tacoma

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's unopposed motion (Docket Entry No. 18) to file under seal Volume 11 of the excerpts of record is granted. *See* 9th Cir. R. 27-13.

The Clerk will publicly file appellant's motion to seal (Docket Entry No. 18-1), the opening brief (Docket Entry No. 16), and Volumes 1 through 10 of the excerpts of record (Docket Entry No. 17). The Clerk will file under seal Volume 11 of the excerpts of record (Docket Entry No. 18-2).

The existing briefing schedule remains in effect: appellee's answering brief is due August 29, 2022, and the optional reply brief is due 21 days from the date of service of the answering brief.

Appellant's motion to transmit physical exhibits (Docket Entry No. 19) will be addressed by separate order.